

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2022

No. 04-22-00455-CV

William **FISHBACK**,
Appellant

v.

James Patrick **WALKER**, Sr.
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2022CVK000319D4
Honorable Sid L. Harle, Judge Presiding

# O R D E R

On July 18, 2022, the trial court found that Appellant William Fishback had violated thirty-three provisions of a protective order, and it held him in contempt for each count. The trial court ordered Appellant confined in the Webb County Jail for a period of 180 days.

On July 26, 2022, Appellant filed a second amended notice of appeal which identifies five points Appellant seeks to appeal, numbered as 2.a through 2.e. In paragraph 2.b, Appellant seeks to appeal from "[t]he Order holding him in contempt and sentencing him to six months confinement."

"[T]he validity of a [criminal] contempt judgment can be attacked 'only by way of habeas corpus.'" *Collins v. Kegans*, 802 S.W.2d 702, 705 (Tex. Crim. App. 1991); *accord Gonzalez v. State*, 187 S.W.3d 166, 170 (Tex. App.—Waco 2006, no pet.).

We ORDER Appellant to show cause in writing within FIFTEEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See Collins*, 802 S.W.2d at 705. Appellant must show how this court has appellate jurisdiction for the matters listed in each of the notice of appeal paragraphs numbered 2.a through 2.e.

We also note that the clerk's record filed on August 8, 2022, does not contain some of the documents and orders referred to in paragraphs 2.a through 2.e. *See* TEX. R. APP. P. 34.5(a) (noting that in a civil case, "the record *must* include copies of . . . all pleadings on which the trial was held [and] the court's judgment or other order that is being appealed" (emphasis added)).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of August, 2022.

MICHAEL A. CRUZ, Clerk of Court